UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

**Case No.:** CV 17-3567-FMO (PLAx)          **Date:** February 13, 2018

**Title:** Jeffrey Goodin v. City of Glendora, et al.

---

**PRESENT:** THE HONORABLE    PAUL L. ABRAMS
                                   UNITED STATES MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE                                                             NONE

**PROCEEDINGS:**     (IN CHAMBERS)

On January 5, 2018, having received an extension of time from the District Judge in this action to participate in a settlement conference after the original deadline of January 8, 2018, the parties requested that this Court conduct a settlement conference on February 15, 2018. The Court set the conference for that date. On February 8, 2018, as part of his required confidential settlement conference statement, counsel for plaintiff for the first time informed the Court that he is scheduled to be in trial on the date set for the settlement conference, a trial date that was set well before the parties requested the date for the settlement conference.

**No later than noon on Wednesday, February 14, 2018**, counsel for plaintiff is ordered to show cause, in writing, why he should not be sanctioned for his representation to this Court that he was available to participate in a settlement conference on February 15, 2018, when in fact he is not. A hearing on the order to show cause shall take place on **Thursday, February 15, 2018, at 8:00 a.m.** in Courtroom 780, 7th floor, Roybal Courthouse. Counsel for plaintiff **and** defendants are directed to appear at that time, and shall be prepared to discuss settlement of this action.

cc:     Counsel of Record

                                                                                                                    Initials of Deputy Clerk     ch