# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GOODIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF GLENDORA; DETECTIVE CRAWFORD; DETECTIVE ZIINO; LIEUTENANT DEMOND; SERGEANT AMARO; OFFICER STEIN; OFFICER HOWELL; SERGEANT BARRETT; SERGEANT GOLD; and, DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-03567-FMO-PLA<br><br>**ORDER PURSUANT TO STIPULATION [95] DISMISSING CERTAIN CLAIMS, WITH PREJUDICE** |

　　　　The Court has reviewed and accepts the stipulation of Plaintiff JEFFREY GOODIN and Defendants CITY OF GLENDORA, DETECTIVE CRAWFORD, DETECTIVE ZIINO, LIEUTENANT DEMOND, SERGEANT AMARO, OFFICER

STEIN, OFFICER HOWELL, SERGEANT BARRETT, SERGEANT GOLD and DETECTIVE LAYAYE, through their respective counsel of record, stipulating to the dismissal of the above referenced action, as to all parties and all claims and causes of action, with prejudice, with each party bearing their own attorney fees and costs, and requesting that this Court issue such an order for dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Pursuant to said stipulation,

IT IS HEREBY ORDERED THAT the entire action is dismissed, with prejudice, as to all parties and all claims and causes of action, with each party bearing their own attorney fees and costs.

DATED: June 6, 2019           _____/s/_____
                              Hon. Fernando M. Olguin
                              United States District Judge